☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**    **Tiffany Michelle Armstrong**                    **Case No.**

**Debtors:**                                                   **Chapter 13**

---

### CHAPTER 13 PLAN

---

**ADDRESS:**    **(1)**    6886 Finch Rd                 **(2)** _____
                          Memphis, TN 38141              _____

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $  75.00 _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____ **OR ( X ) DIRECT PAY**

  **Debtor(2)** shall pay $ _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____ **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

  **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ☐ YES    ☑ NO
  **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**     ☐ YES    ☑ NO
  **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
  **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**  ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                          Monthly Plan Payment:

                   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**           ongoing payment begins _____    $ _____
                   Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____    Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____    ongoing payment begins _____    $ _____
                            Approximate arrearage: _____ Interest _____    $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**None** _____    _____    _____    _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
   SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**-NONE-** _____    _____    _____    $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **American Car Center** | **3,000.00** | **0.00** | **$54.00** |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** _____ ☐   Not provided for   **OR** ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $2,191.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**American Car Center: 2014 Dodge Avenger** _____ ☑   Assumes   **OR** ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **0** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**None**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Earnest Fiveash _____   Date **March 21, 2019** _____ .
**Earnest Fiveash 10769**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**